Laura Ann Hunt

Plaintiff

V.

1. Personnel Management Office of Retirement Programs
2. Postal Inspector Department;
3. Medical Unit Doctors;
4. Lillian R. Weiss and others

United States District Court
Northern District of Illinois

**RECEIVED**
JUN 2 2 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE CONLON

**04C 4160**

Complaint

I would like to file a Civil Suit against the Office of Personnel Management, Office of Retirement Programs, P.O. Box 17, Washington D.C. 20044-0017. I was injured on the floor of the U.S. Post Office North Suburban Facility 8999 West Palmer Road, River Grove, Illinois 60199, May 29, 1984 by a co-worker;

I have not received any money for this on the workroom floor injury since August 1984. I have filed seven Civil Suits with this office all seven pertaining to my injury numbers, 87-3535 — CH 83 IL 8610333 before Judge Holderman. My cases were sent to Washington D.C. U.S. Court of Appeals for The Federal Circuit; Francis X Gindhart, Clerk.

So far only The Office of Personnel Management, Office of Retirement Programs, P.O. Box 17, Washington D.C. 20044-0017 is paying me.

They only pay me $337.00 a month. My annuity amount started after I become 62 years of age, May 29, 2000 I filed for retirement benefits at that time. I was told 5-10-2004 that this do not include disability. My statement of annuity paid says Distribution Code 7- nondisability.

The Office of Personnel Management says my case file has to be reviewed and that will take at least 2 weeks. They haven't been truthful in the past since my accident.

In January 22, 2002 I received a letter from them saying that they have recomputed my annuity salary to $19,336.00 to final salary to $23,070.00 Commencing date of your annuity to May 29, 2000. However, I haven't gotten this adjustment.

I also should be entitle to pay into my retirement as a postal worker because of a Current Law. I would like to be paid for my Disability from August 1984 to the present 5-11-2004. Also from my other cases too.

Laura Ann Hunt
4105 W. Cermak Rd #2
Chicago, Il. 60623
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
1-773-521-8249

United States District Court
Northern District of Illinois

Laura Ann Hunt
Plaintiff

V.

Postal Inspector
Department;
 Doctors;
 Lillian R. Weiss
  and others
Personnel Management
Office of Retirement Programs

Complaint

I would like to include a Civil Suit against the Postal Inspector Department. As well as the doctor or doctors that worked as regular employees. I Know because Dr. Lillian R. Weiss sent for him to come and take his coat out of her locker, while I was there at the Medical Unit. I had seen him but I had only

thought he was an Inspector. He was so arrogant. I am filing this civil suit because of the way I was treated. They had to have lied to the Personnel about me. I have never stolen anything on or off the floor. Neither did I see anyone else doing as such. If rumons are correct they must have been a key in my not getting my money. However, some of them were nice.

Laura Ann M
4105 W.Cermak Rd
Chicago, ILL · 6060
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
1-773-521-8